IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Christopher Owens, # 279084, | ) | C.A. No. 4:06-3355-TLW-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| South Carolina Department of Corrections, | ) | |
| Lt. Bird, Sgt Williams, Captain Price, | ) | |
| Officer Outlaw, Sgt of Transportation, | ) | |
| Officer Grey House, Officer Phillips, | ) | |
| FNU Lt. W/M, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is now before the undersigned for review of the Report and Recommendation ("the Report") filed by United States Magistrate Thomas E. Rogers, III, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.). In his Report, Magistrate Judge Rogers recommends that plaintiff's motion for protection, injunction and/or counsel be denied, plaintiff's request for entry of default be denied, defendant's motion for summary judgment be granted as to all plaintiff's federal claims, and plaintiff's state law claims be remanded to the Richland County Court of Common Pleas. (Doc. # 31). The Report was filed on August 13, 2007. Plaintiff has filed no objections to the Report.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. No objections have been filed to the Report. In the absence of objections to the Report and Recommendation of

1

the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

A review of the record indicates that the Report accurately summarizes this case and the applicable law.  For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED**  that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 31), plaintiff's motion for protection, injunction and/or counsel is **DENIED** (Doc. # 12), plaintiff's request for entry of default is **DENIED** (Doc. # 18), defendant's motion for summary judgment is **GRANTED** as to all plaintiff's federal claims (Doc. # 20), and plaintiff's state law claims are **REMANDED** to the Richland County Court of Common Pleas.

**IT IS SO ORDERED.**

s/ Terry L. Wooten
**TERRY L. WOOTEN**
**UNITED STATES DISTRICT JUDGE**

September 17, 2007
Florence, South Carolina

2